UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

———

No. 1:26-cv-01692

———

**Adebisi,**
*Petitioner,*

v.

**Vergara, et al.,**
*Respondents.*

———

### ORDER VACATING REQUIREMENT TO ADDRESS *RODRIGUEZ V. ORTEGA*

On July 7, 2026, the Court ordered Respondents to show cause why Petitioner's petition for writ of habeas corpus should not be granted. ECF No. 3. In light of the Fifth Circuit panel opinion in *Rodriguez v. Ortega*, No. 26-50183, 2026 WL 1906557 (5th Cir. July 2, 2026), the Court ordered Respondents to address how *Rodriguez* bears on whether the petition should be granted. On July 10, 2026, the Fifth Circuit granted rehearing en banc and vacated that panel's opinion. *See* Nos. 26-50183, 26-50219, 26-50221, Dkt. Nos. 174; 176 (5th Cir. July 10, 2026). The Court thus vacates the portion of its July 7, 2026, show cause order requiring Respondents to address how *Rodriguez* bears on this case. Because no party's deadline to respond or reply has passed, the deadlines in the show cause order, ECF No. 3, remain the same.

*So ordered by the Court on July 10, 2026.*

ANDREW DAVIS
United States District Judge

1